

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-19-00401-CR

Christopher Timothy **BRADY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 559662
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On February 5, 2020, this court issued its opinion and judgment in this appeal. On February 24, 2020, appellant filed a pro se motion stating he is indigent and requesting a copy of his trial transcripts for purposes of filing a pro se petition for discretionary review. An indigent defendant who wishes to pursue a pro se petition for discretionary review is not entitled to a free copy of the trial record. *Ex parte Trainer*, 181 S.W.3d 358, 358-59 (Tex. Crim. App. 2005).

If appellant is attempting to file a post-conviction writ of habeas corpus, the application must be filed in the county court in which the conviction was obtained. *See* TEX. CODE CRIM. PRO. ANN. art. 11.09. In order to obtain a free copy of the trial record for that purpose, appellant would need to file a motion in the county court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.).

Based on the foregoing, appellant's motion is **DENIED** without prejudice to seeking relief in the proper court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court